

Tuesday, December 3, 2013

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. Review granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED APPELLANT'S CASE WAS PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10

U.S.C. § 866(c)(2006). [See also· ORDERS GRANTING PETITION FOR RE-VIEW this date.]

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0510/AF. U.S. v. Christopher S. Ferris. CCA 37885. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.

No. 14–0046/AR. U.S. v. Edwin M. Rivers. CCA 20110309. Appellee's motion to file a ten-day letter out of time is denied.

No. 14–0172/AR. U.S. v. Daniel M. McGinn. CCA 20100962. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including December 20, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0210/AF. U.S. v. Matthew D. Jolivet. CCA 38123. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 17, 2013.

No. 14–0211/AR. U.S. v. Longino S. Davis. CCA 20110576. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 17, 2013.

No. 14–0212/AR. U.S. v. Vanessa A. Cherry. CCA 20110855. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 14–0213/AF. U.S. v. Christopher J. Martin. CCA 38222. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.